Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
IN RE:                                              :
Fosamax Products Liability Litigation               :         1:06-md-1789 (JFK)
                                                    :
----------------------------------------------------x
*This Document Relates to:*                         :         **NOTICE OF APPEARANCE**
Sharon Gordon                                       :
v. Merck & Co., Inc.                                :
                                                    :
Case No: 1:08-cv-4166-JFK                           :
----------------------------------------------------x

　　　　PLEASE TAKE NOTICE that David J. Heubeck hereby enters his appearance as counsel

of record in the above referenced causes of action.  All inquiries, pleadings and court documents

should be filed and served upon the undersigned.

Dated: May 27, 2008
     New York, New York                Respectfully submitted,


By: _____/s/_____
     David J. Heubeck


     Venable LLP
     Two Hopkins Plaza, Suite 1800
     Baltimore, Maryland 21201
     Tel:  (410) 244-7400
     Fax:  (410) 244-7742
     Email: djheubeck@venable.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 27, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

_____/s/_____

David J. Heubeck

Venable LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
Tel:  (410) 244-7400
Fax:  (410) 244-7742
Email: djheubeck@venable.com